**SPINELLI, DONALD & NOTT**
A Professional Corporation
DOMENIC D. SPINELLI, SBN: 131192
815 S Street, Second Floor
Sacramento, CA 95811
Telephone:  (916) 448-7888
Facsimile:   (916) 448-6888

**ATTORNEYS FOR DEFENDANTS,
SACRAMENTO CITY UNIFIED SCHOOL DISTRICT**

UNITED STATES DISTRIT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE ESPINDOLA TRUJILLO, ET AL.,<br><br>Plaintiff,<br><br>vs.<br><br>SACRAMENTO CITY UNIFIED SCHOOL DISTRICT, ET AL.,<br><br>Defendants.<br>_____/ | Case No.: 2:16-cv-02427-MCE-KJN<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR SACRAMENTO CITY UNIFIED SCHOOL DISTRICT TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**[FEES EXEMPT PURSUANT TO GOVERNMENT CODE SECTION 6103]** |

     Plaintiff Grace Espindola Trujillo and defendant Sacramento City Unified School District HEREBY STIPULATE AND AGREE that said Defendants may have a 28-day extension of time (until February 8, 2017) to file a responsive pleading to Plaintiffs' First Amended Complaint. Doing so will provide Defendants sufficient time to obtain information necessary to file responsive pleadings to Plaintiffs' First Amended Complaint.

     The extension does not exceed the twenty-eight (28) days allowed under Eastern District Local Rule 144(a).

     This is the first stipulation for an extension of time between the parties.

Respectfully Submitted,

Dated: January 5, 2017

\_\_\_/s/ WILLIAM N. POHL_____
WILLIAM N. POHL
*Attorney for Plaintiffs*

Dated:  January 5, 2017                    SPINELLI, DONALD & NOTT

\_\_\_\_/s/ Domenic D. Spinelli_____
DOMENIC D. SPINELLI
*Attorneys for Sacramento City Unified School District*

    IT IS SO ORDERED.  Defendant Sacramento City Unified School District's time to respond to the complaint is extended to February 8, 2017.

Dated:  January 10, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE