**THE LAW OFFICE OF WILLIAM POHL**
WILLIAM N. POHL, SBN: 131192
1024 Iron Point Rd
Folsom, CA 95630
Telephone: (530) 683-2833
Facsimile: (530) 350-6003

**ATTORNEY FOR PLAINTIFFS,**
**GRACE ESPINDOLA TRUJILLO and**
**A.T., a minor child**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE ESPINDOLA TRUJILLO and A.T., a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO CITY UNIFIED SCHOOL DISTRICT, LEARNING SOLUTIONS KIDS, INC., JOSE L. BANDA, and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:16-cv-02427-MCE-KJN<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR LEARNING SOLUTIONS KIDS, INC. TO RESPOND TO FIRST AMENDED COMPLAINT** |

Plaintiff Grace Espindola Trujillo and Defendant Learning Kids Solutions, Inc.

HEREBY STIPULATE AND AGREE that said Defendant Learning Kids Solutions, Inc. may have an extension of time until February 1, 2017, to file a responsive pleading to Plaintiffs' First Amended Complaint and waive the summons of the First Amended Complaint.

The extension does not exceed the twenty-eight (28) days allowed under Eastern District Local Rule 144(a).

This is the first stipulation for an extension of time between the parties.

Dated: January 9, 2017                           Respectfully Submitted,

                                                 MURPHY, PEARSON, BRADLEY & FEENEY


                                                 /s/ Heather A. Barnes
                                                 HEATHER A. BARNES
                                                 *Attorney for Defendant*
                                                 *Learning Solutions Kids, Inc.*


Dated:  January 6, 2017                          THE LAW OFFICE OF WILLIAM POHL


                                                 /s/ William N. Pohl
                                                 WILLIAM N. POHL
                                                 *Attorney for Plaintiffs*
                                                 *Grace Espindola Trujillo, et al.*


    IT IS SO ORDERED.  Defendant Learning Solutions Kids, Inc.'s time to respond to the complaint is extended to February 1, 2017.

Dated:  January 10, 2017

                                                 _____
                                                 MORRISON C. ENGLAND, JR
                                                 UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Crystal J. Roberts, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 520 Capitol Mall, Suite 250, Sacramento, CA 95814.

On January 10, 2017, I served the following document(s) on the parties in the within action:

**STIPULATION AND ORDER TO EXTEND TIME FOR LEARNING SOLUTIONS KIDS, INC. TO RESPOND TO FIRST AMENDED COMPLAINT**

| | |
|---|---|
| XXX | **VIA MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, California on this date, addressed as listed below. |

William N. Pohl                                           Attorney For Plaintiffs
The Law Offices of William N. Pohl
1024 Iron Point Road
Folsom, CA  96630

Domenic D. Spinelli                                    Attorneys for Sacramento City Unified
Spinelli Donald & Nott                               School District
815 S Street, Second Floor
Sacramento, CA 95811

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on January 10, 2017.

By /s/ Crystal J. Roberts
Crystal J. Roberts