**THE LAW OFFICE OF WILLIAM POHL**
WILLIAM N. POHL, SBN: 131192
1024 Iron Point Rd
Folsom, CA 95630
Telephone: (530) 683-2833
Facsimile: (530) 350-6003

**ATTORNEY FOR PLAINTIFFS,
GRACE ESPINDOLA TRUJILLO and
A.T., a minor child**

UNITED STATES DISTRIT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE ESPINDOLA TRUJILLO, ET AL., | Case No.: 2:16-cv-02427-MCE-KJN |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING; ORDER THEREON** |
| vs. | |
| SACRAMENTO CITY UNIFIED SCHOOL DISTRICT, ET AL., | |
| Defendants. | |

Plaintiff Grace Espindola Trujillo, Plaintiff A.T., defendant Learning Kids Solutions and Defendant Sacramento City Unified School District HEREBY STIPULATE AND AGREE to continue the hearing scheduled for March 23, 2017 at 2:00 PM to April 6, 2017 at 2:00 PM for all matters. This continuation is to accommodate the calendars of counsel.

Respectfully Submitted,

Dated: February 13, 2017

  /s/ Signed with Permission
DOMINIC SPINELLI
*Sacramento City Unified School District*

Respectfully Submitted,

Dated: February 13, 2017

  /s/ Signed with Permission
WILLIAM MUNOZ
*Attorney for Defendant Learning Solutions Kids, Inc.*

Dated: February 13 2017        The Law Office of William Pohl

    /s/ William N. Pohl
WILLIA N. POHL
*Attorney for Plaintiffs*

**ORDER**

Having reviewed the parties' stipulation, and good cause appearing, the motions in this matter previously scheduled for hearing on March 23, 2017 (ECF Nos. 9-10 and 12-13) are hereby continued to April 6, 2017 at 2:00 p.m. Any opposition papers to said motions, together with replies, shall be submitted in accordance with that new hearing date.

IT IS SO ORDERED. .

Dated: February 16, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE