1

**THE LAW OFFICE OF WILLIAM POHL**
WILLIAM N. POHL, SBN: 302367
1024 Iron Point Rd
2
Folsom, CA 95630
Telephone: (530) 683-2833
3
Facsimile: (530) 350-6003

4   **ATTORNEY FOR PLAINTIFFS,**
    **GRACE ESPINDOLA TRUJILLO and**
5   **A.T., a minor child**

6

7
                    UNITED STATES DISTRIT COURT
8
                 EASTERN DISTRICT OF CALIFORNIA
9

10
GRACE ESPINDOLA TRUJILLO, ET AL.,        Case No.: 2:16-cv-02427-MCE-KJN
11
                                          **JOINT MOTION TO DISMISS**
12              Plaintiff,                 **DEFENDANT LEARNING SOLUTIONS**
                                          **KIDS, INC.; ORDER THEREON**
13      vs.
                                          **[Fed.R.Civ.P. 41]**
14  SACRAMENTO CITY UNIFIED SCHOOL
    DISTRICT, ET AL.,
15
                Defendants.
16
    _____/
17

18

19          Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Grace Espindola Trujillo, Plaintiff

20  A.T. and Defendant Learning Kids Solutions HEREBY STIPULATE AND AGREE to dismiss

21  Defendant Learning Solutions Kids, Inc. as a party to this action with prejudice, resolving all

22  matters between Plaintiffs and Defendant Learning Solution Kids, Inc.

23          Each party to bear their own attorney's fees and costs.

24

25

26

27

28

Respectfully Submitted,

Dated: September 19, 2017

_/s/ Wiliam Munoz_____
WILLIAM MUNOZ
*Attorney for Defendant Learning Solutions Kids, Inc.*

Dated:  September 19, 2017

The Law Office of William Pohl

___/s/ William N. Pohl_____
WILLIA N. POHL
*Attorney for Plaintiffs*

IT IS SO ORDERED.  Defendant Learning Solutions Kids, Inc. is dismissed as a party from this action with prejudice.  The case remains pending against Defendant Sacramento City Unified School District.

Dated:  January 22, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE