**SPINELLI, DONALD & NOTT**
A Professional Corporation
DOMENIC D. SPINELLI, SBN: 131192
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888

**ATTORNEYS FOR DEFENDANTS,
SACRAMENTO CITY UNIFIED SCHOOL DISTRICT**

UNITED STATES DISTRIT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE ESPINDOLA TRUJILLO, ET AL., | Case No.: 2:16-CV-02427-MCE-KJN |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| vs. | |
| SACRAMENTO CITY UNIFIED SCHOOL DISTRICT, ET AL., | |
| Defendants. | |

_____/

TO THE COURT, ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:

### <u>STIPULATION</u>

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties and attorneys for the parties as follows:

WHEREAS, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-referenced case should be dismissed with prejudice against Sacramento City Unified School District.

//

|   |   |   |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | | |
| 3 | Dated: April 7, 2018 | LAW OFFICES OF WILLIAM POHL |
| 4 | | |
| 5 | | By: /s/ *William N. Pohl*  <br>William N. Pohl <br>Attorney for Plaintiffs, A.T. and |
| 6 | | GRACE TRUJILLO |
| 7 | | *(signed original maintained by attorney Domenic Spinelli)* |
| 8 | | |
| 9 | Dated: April 7, 2018 | SPINELLI, DONALD & NOTT |
| 10 | | |
| 11 | | |
| 12 | | By: /s/ *Domenic D. Spinelli*  <br>DOMENIC D. SPINELLI <br>Attorneys for Sacramento City Unified |
| 13 | | School District |
| 14 | | *(signed original maintained by attorney Domenic Spinelli)* |

**<u>ORDER</u>**

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice as to Defendant, Sacramento City Unified School District. The Clerk is directed to send copies of this Order to all counsel and parties of record and to close this case. The Clerk is directed to close this file.

IT IS SO ORDERED.

Dated: April 13, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE